**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FILED
2009 AUG 25 PM 5: 14
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

-vs-

EMANUEL WHITE

Case Number: 6:08-CR-148-ORL-18KRS

USM Number: 37149-004

Clarence W. Counts, Jr., FPD
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801

**JUDGMENT IN A CRIMINAL CASE**
For Revocation of Probation or **Supervised Release**

The defendant admitted guilt to violation charge number One of the term of supervision. The defendant is adjudicated guilty of this violation charge number:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Positive Urinalysis for Marijuana | April 9, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated condition charge numbers Two through Seven and is discharged as to such violations.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

8/20/2009

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

August  24 ,2009

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 Months**.

Upon service of the sentence in this case, the Defendant shall be discharged from further jurisdiction of the Court in this case.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal
